## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA : | No. 59 MM 2018 |
| : | |
| : | |
| : | |
| v. : | |
| : | Court of Common Pleas of Schuylkill |
| : | County, No. CR-1243-1998 |
| RONALD GRANT CHAMPNEY : | Change of Venire |

## **O R D E R**

AND NOW, this 9th day of April, 2018, the Honorable William E. Baldwin of the Court of Common Pleas of Schuylkill County having certified to this Court an Order for change of venire in the above matter pursuant to Pa.R.Crim.P. 584(B), it is

ORDERED that a jury to try the above-named defendant shall be impaneled from York County in compliance with Pa.R.Crim.P. 584.

_____
Chief Justice